Christopher D. Banys (State Bar No. 230038)
Richard C. Lin        (State Bar No. 209233)
Daniel M. Shafer      (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No.  5:13-cv-01844-PSG |
| Plaintiff, | **PLAINTIFF'S NOTICE OF CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.,* | |
| Defendants. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 7, 2013                                    Respectfully submitted,


                                                      By: */s/ Daniel M. Shafer*
                                                      Christopher D. Banys
                                                      Richard C. Lin
                                                      Daniel M. Shafer
                                                      cdb@banyspc.com

rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

**Attorneys for Plaintiff,
ADAPTIX, INC.**

NOTICE OF CONSENT TO PROCEED BEFORE A
U.S. MAGISTRATE JUDGE

2

CASE NO.  3:13-CV-01844-PSG