FRED I. WILLIAMS (*Pro hac vice* to be filed)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas  78701
Telephone: 512.499.6200
Facsimile:  512.499.6290

TERESA W. GHALI (SBN 252961)
tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:       415-765-9500
Facsimile:        415-765-9510

Attorneys for Defendants
HTC Corporation and HTC America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No. 3:13-CV-01844-PSG |
| Plaintiff, | NOTICE OF APPEARANCE OF TERESA W. GHALI |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.* | |
| Defendants. | |

1 **TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:**

2   **PLEASE TAKE NOTICE THAT** Teresa W. Ghali hereby appears as counsel for Defendants HTC Corporation and HTC America, Inc. in the above referenced action and consents to electronic service of all papers in this action.

All pleading and papers should be served electronically in this action via ECF to tghali@akingump.com.

DATED: May 14, 2013                                     AKIN GUMP STRAUSS HAUER & FELD LLP

By:  */s/ Teresa W. Ghali*
     TERESA W. GHALI

     Attorneys for Defendant
     HTC Corporation and HTC America, Inc.

---

1

NOTICE OF APPEARANCE OF TERESA W. GHALI                                         CASE NO. 5:13-CV-01844-PSG