1

FRED I. WILLIAMS (*Pro hac vice* pending)
fwilliams@akingump.com

2

**AKIN GUMP STRAUSS HAUER & FELD LLP**

3

300 West 6th Street, Suite 1900
Austin, Texas 78701

4

Telephone: 512.499.6200
Facsimile:  512.499.6290

5

6

TERESA W. GHALI (SBN 252961)
tghali@akingump.com

7

**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500

8

San Francisco, CA 94104
Telephone:  415.765.9500
Facsimile:  415.765.9510

9

10

Attorneys for Defendants
HTC Corporation and HTC America, Inc.

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN JOSE DIVISION

15

16

ADAPTIX, INC.

17

                    Plaintiff,

18

          v.

19

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, *et al.*

20

21

                    Defendants.

Case No. 3:13-CV-01844-PSG

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

3  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

4  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

5  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

6

7  DATED: May 15, 2013                                By:   _/s/ Fred I. Williams_____

8                                                          FRED I. WILLIAMS

9                                                          Attorneys for Defendant
                                                          HTC Corporation and HTC America, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE        CASE NO. 5:13-CV-01844-PSG