UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.,

        Plaintiff(s),

    v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC AMERICA INC., and HTC CORPORATION

        Defendant(s).

No. C 5:13-cv-01844-PSG

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 16, 2013

Signature

Counsel for Defendant Cellco Partnership
(Plaintiff, Defendant or indicate "pro se")