1 | Mark D. Flanagan (SBN 130303)
    mark.flanagan@wilmerhale.com
2 | Robert M. Galvin (SBN 171508)
    robert.galvin@wilmerhale.com
3 | Geoffrey M. Godfrey (SBN 228735)
    geoff.godfrey@wilmerhale.com
4 | WILMER CUTLER PICKERING
    HALE AND DORR LLP
5 | 950 Page Mill Road
    Palo Alto, CA  94304
6 | Telephone:  (650) 858-6000
    Facsimile:   (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>Defendants. | **Case No. 3:13-cv-1844-PSG**<br><br>**VERIZON'S STATEMENT SUPPORTING MOTOROLA'S MOTION TO RELATE CASES AND CONSENTING TO MAGISTRATE JUDGE GREWAL**<br><br>Judge: Hon. Paul S. Grewal |

On May 20, 2013, this Court ordered (Dkt. 68) each party to file a statement confirming:

(1) whether the party supports or opposes Motorola's motion to relate all six cases;

(2) whether the party would consent to proceed before Magistrate Judge Grewal.

Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") responds as follows:

(1) Verizon supports Motorola's motion to relate all six cases;

(2) Verizon consents to proceed before Magistrate Judge Grewal.

1

Dated:  May 28, 2013

/s/  *Geoffrey M. Godfrey*

Mark D. Flanagan (SBN 130303)
  mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
  geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 858-6000
Facsimile:      (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

2