FRED I. WILLIAMS (Admitted *pro hac vice*)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, Texas 78701
Telephone: 512.499.6200
Facsimile: 512.499.6290

TERESA W. GHALI (SBN 252961)
tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:     415-765-9500
Facsimile:      415-765-9510

Attorneys for Defendants
HTC Corporation and HTC America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>             Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*<br><br>            Defendants. | Case No. 5:13-CV-01844-PSG<br><br>**HTC CORPORATION AND HTC AMERICA, INC.'S STATEMENT IN RESPONSE TO COURT'S 5/20/13 NOTICE OF PENDING MOTION TO RELATE CASES AND NOTICE OF CONSENT TO MAGISTRATE JUDGE** |

Pursuant to the Court's May 20, 2013 Notice of Pending Motion to Relate Cases issued in the above Case No. 13-1774 and filed in the other five (5) Adaptix actions ("Notice"), Defendants HTC Corporation and HTC America, Inc. (collectively "HTC") submit this Statement to provide the following responses to the two questions raised in the Notice with respect to Case No. 13-1844:

**1.    HTC Supports Motorola's Motion to Relate All Six Adaptix Cases**

HTC has reviewed the Administrative Motion to Relate Cases filed by Defendant Motorola Mobility in Case No. 13-1774. For the reasons stated therein, HTC supports, and joins in, the Motion to Relate the following six actions:

1.    No. 13-1774, *Adaptix v. Motorola Mobility LLC, et al.*;

2.    No. 13-1776, *Adaptix v. Apple Inc., et al.*;

3.    No. 13-1777, *Adaptix v. Apple Inc., et al.*;

4.    No. 13-1778, *Adaptix v. AT&T Mobility LLC, et al.*;

5.    No. 13-1844, *Adaptix v. Cellco Partnership, et al.*; and

6.    No. 13-2023, *Adaptix v. Apple Inc., et al.*

**2.    HTC Consents to Proceed Before Magistrate Judge Grewal in Case No. 13-1844**

As previously stated in its Consent to Proceed Before Magistrate Judge, HTC hereby consents to the assignment of Case No. 13-1844 to United States Magistrate Judge Grewal for conducting all further proceedings in the case, including trial and entry of a final judgment.

DATED: May 28, 2013                                    By:  /s/ Teresa W. Ghali
                                                                      TERESA W. GHALI

                                                                      Attorneys for Defendant
                                                                      HTC Corporation and HTC America, Inc.

1