Christopher D. Banys  (State Bar No. 230038)
Richard C. Lin         (State Bar No. 209233)
Daniel M. Shafer       (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br><br>    Defendants. | Case No. 3:13-CV-01774-PJH<br><br>**PLAINTIFF'S STATEMENT IN RESPONSE TO NOTICE OF PENDING MOTION TO RELATE CASES** |
| ADAPTIX, INC.<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>    Defendants. | Case No. 3:13-CV-1776-NC |

| | | |
|---|---|---|
| ADAPTIX, INC. | | Case No. 3:13-CV-1777-JST |
| Plaintiff, | | |
| v. | | |
| APPLE INC., *et al.*, | | |
| Defendants. | | |

| | | |
|---|---|---|
| ADAPTIX, INC. | | Case No. 3:13-CV-1778-NC |
| Plaintiff, | | |
| v. | | |
| AT&T MOBILITY LLC, *et al.*, | | |
| Defendants. | | |

| | | |
|---|---|---|
| ADAPTIX, INC. | | Case No. 5:13-CV-1844-PSG |
| Plaintiff, | | |
| v. | | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*, | | |
| Defendants. | | |

| | | |
|---|---|---|
| ADAPTIX, INC. | | Case No. 4:13-CV-2023-EMC |
| Plaintiff, | | |
| v. | | |
| APPLE INC., *et al.*, | | |
| Defendants. | | |

On May 20, 2013, the Court issued a Notice of Pending Motion to Relate Cases (*see, e.g.,* Dkt. No. 37 in Case No. 3:13-CV-01774-MEJ) directing each party in the six above-captioned cases to address (1) whether the party supports or opposes the pending motion to relate all six cases; and (2)

PLAINTIFF'S STATEMENT IN RESPONSE TO NOTICE OF PENDING MOTION TO RELATE CASES         2         CASE NO. 3:13-CV-01774-MEJ

whether the party would consent to proceed before Magistrate Judge Grewal.  Adaptix, Inc., who is Plaintiff in all six cases, responds as follows:

1. As noted in the Court's Notice of Pending Motion identified above, Adaptix has already filed a notice of non-opposition to the pending motion to relate the six cases (*see* Dkt. No. 29 in Case No. 3:13-cv-1774-PJH).  Adaptix hereby further states that it affirmatively supports the motion to relate all six cases.

2. Adaptix has already consented to proceed before Magistrate Judge Grewal in one of the six cases (*see* Dkt. No. 60 in Case No. 5:13-cv-1844-PSG).  Adaptix hereby further consents to proceed before Magistrate Judge Grewal in all six cases.

Dated: May 28, 2013

Respectfully submitted,

By: */s/ Daniel M. Shafer*
Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

**Attorneys for Plaintiff,
ADAPTIX, INC.**

PLAINTIFF'S STATEMENT IN RESPONSE TO
NOTICE OF PENDING MOTION TO RELATE CASES

3

CASE NO. 3:13-CV-01774-MEJ