UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC AMERICA, INC., and HTC CORPORATION,<br><br>Defendants. | **Case No. 5:13-cv-1844-PSG**<br><br>[PROPOSED] **ORDER GRANTING VERIZON'S MOTION TO WITHDRAW POTTER MINTON, P.C. AS COUNSEL**<br><br>Judge: Hon. Paul S. Grewal |

IT IS ORDERED that Potter Minton, P.C. is hereby withdrawn as counsel of record for Cellco Partnership d/b/a Verizon Wireless in the above-referenced case. The Clerk is to remove Michael E. Jones, at mikejones@potterminton.com, and Patrick C. Clutter, IV, at patrickclutter@potterminton.com, from the Court's ECF service list for this matter.

Dated: May 31, 2013

_____
United States Magistrate Judge

-1-