Christopher D. Banys  (State Bar No. 230038)
Richard C. Lin          (State Bar No. 209233)
Daniel M. Shafer       (State Bar No. 244839)
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

Attorneys for Plaintiff,
ADAPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No.  5:13-cv-01844-PJH |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*, | |
| Defendants. | |

**TO THE CLERK OF COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, the address and facsimile number for Christopher D. Banys, Richard C. Lin, and Daniel M. Shafer have changed.  All pleadings, notices, correspondence, and other documents to be transmitted to these attorneys should be addressed as follows:

      Christopher D. Banys
      cdb@banyspc.com
      Richard C. Lin
      rcl@banyspc.com
      Daniel M. Shafer

dms@banyspc.com
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

Dated: June 4, 2013

Respectfully submitted,

By: */s/ Daniel M. Shafer*
Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

**Attorneys for Plaintiff,
ADAPTIX, INC.**