UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.

Plaintiff(s),

Case No. 5:13-cv-01844-PSG

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS, et al.
Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/18/13

[Party] Clayton J. Haynes, CFO

Dated: 6/19/13

[Counsel]
Steven E. Lipman, HBC