UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.

                      Plaintiff(s),

                      v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, et al.

                      Defendant(s).
_____/

CASE NO. 5:13-cv-01844-PSG

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

- ☒ have not yet reached an agreement to an ADR process
- ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  July 16, 2013

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paul Hayes | Plaintiff Adaptix | 978.809.3850 | PHayes@hbcllc.com |
| Steven E. Lipman | Plaintiff Adaptix | 978.809.3850 | SLipman@hbcllc.com |
| Fred I. Williams (lead) | Def. HTC America & HTC Corp. | 512.499.6218 | fwilliams@akingump.com |
| Michael F. Reeder | Def. HTC America & HTC Corp. | 713.250.2151 | mreeder@akingump.com |
| Daniel M. Shafer | Plaintiff Adaptix | 650.308.8505 | dms@banyspc.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/25/13

/s/ Daniel M. Shafer
Attorney for Plaintiff Adaptix

Dated: 6/25/13

/s/ Fred I. Williams
Attorney for Defendants

HTC America & HTC Corp.

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California. I am employed by Banys, P.C., counsel for Plaintiff Adaptix, Inc.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Daniel M. Shafer*

NOTICE OF NEED FOR ADR PHONE CONFERENCE