Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC AMERICA, INC., and HTC CORPORATION,<br><br>Defendants. | **Case No. 5:13-cv-1844-PSG**<br><br>**VERIZON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Paul S. Grewal |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Cellco Partnership d/b/a Verizon Wireless is a joint venture of Verizon Communications Inc. and Vodafone Group Plc, publicly held companies that indirectly own 10 percent or more of Cellco Partnership d/b/a Verizon Wireless.

| | |
|---|---|
| Dated:  July 8, 2013 | /s/  Geoffrey M. Godfrey |
| | Mark D. Flanagan (SBN 130303) |
| |   mark.flanagan@wilmerhale.com |
| | Robert M. Galvin (SBN 171508) |
| |   robert.galvin@wilmerhale.com |
| | Geoffrey M. Godfrey (SBN 228735) |
| |   geoff.godfrey@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA  94304 |
| | Telephone:     (650) 858-6000 |
| | Facsimile:     (650) 858-6100 |
| | |
| | Attorneys for Defendant |
| | CELLCO PARTNERSHIP d/b/a |
| | VERIZON WIRELESS |

WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304