FRED I. WILLIAMS (Admitted *pro hac vice*)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 West 6th Street, Suite 1900
Austin, TX 78701
Telephone: 512.499.6200
Facsimile:  512.499.6290

TERESA W. GHALI (SBN 252961)
tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile:  415-765-9510

Attorneys for Defendant
HTC Corporation and HTC America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No. 5:13-CV-01844-PSG |
| Plaintiff, | **DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC AMERICA, INC. and HTC CORPORATION, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 9, 2013         By:  /s/ Fred I. Williams
                                 FRED I. WILLIAMS

                                 Attorneys for Defendants
                                 HTC Corporation and HTC America, Inc.