Paul J. Hayes (*pro hac vice*)
Steven E. Lipman (*pro hac vice*)
HAYES BOSTOCK & CRONIN, LLC
300 Brickstone Square, St. 901
Andover, MA 01810
pjhayes@hayesmessina.com
slipman@hayesmessina.com
Telephone: (978) 809-3850
Facsimile: (978) 809-3869

Attorneys for Plaintiff,
ADAPTIX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.<br><br>   Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br><br>   Defendants. | Case No. 5:13-CV-01774-PSG<br><br>**PLAINTIFF ADAPTIX, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Paul S. Grewal |
| ADAPTIX, INC.<br><br>   Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>   Defendants. | Case No. 5:13-CV-1776- PSG |

| | | |
|---|---|---|
| 1 | ADAPTIX, INC. | Case No. 5:13-CV-1777-PSG |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | APPLE INC., *et al.*, | |
| 5 | Defendants. | |
| 6 | | |
| 7 | ADAPTIX, INC. | Case No. 5:13-CV-1778-PSG |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | AT&T MOBILITY LLC, *et al.*, | |
| 11 | Defendants. | |
| 12 | ADAPTIX, INC. | Case No. 5:13-CV-1844-PSG |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | ADAPTIX, INC. | Case No. 5:13-CV-2023-PSG |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | APPLE INC., *et al.*, | |
| 22 | Defendants. | |

ADAPTIX'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS          1

Pursuant to Civil L.R. 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies on behalf of Plaintiff Adaptix, Inc. ("Adaptix") that, other than the named parties, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Acacia Research Group LLC owns more than 10% of the outstanding shares of Adaptix, a Delaware corporation. Acacia Research Group LLC has a principal place of business at 2400 Dallas Parkway, Suite 200, Plano, TX 75093 and is a wholly-owned subsidiary of Acacia Research Corporation, a publicly traded company on NASDAQ under the ticker symbol ACTG.

Samsung Electronics Co., Ltd. has a financial interest in the subject matter of this proceeding. Samsung Electronics Co., Ltd. is a corporation organized and existing under the laws of the Republic of Korea.

Dated: July 9, 2013

Respectfully submitted,

/s/ Paul J. Hayes

Paul J. Hayes (*pro hac vice*)
Steven E. Lipman (*pro hac vice*)
HAYES BOSTOCK & CRONIN, LLC
300 Brickstone Square, St. 901
Andover, MA 01810
pjhayes@hayesmessina.com
slipman@hayesmessina.com
Telephone: (978) 809-3850
Facsimile: (978) 809-3869

Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone: (650) 308-8505

| | |
|---|---|
| 1 | Facsimile:  (650) 353-2202 |
| 2 | **Attorneys for Plaintiff** |
|   | **ADAPTIX, INC.** |