| | |
|---|---|
| 1 | Christopher D. Banys |
| 2 | Richard C. Lin<br>Daniel M. Shafer |
| 3 | cdb@banyspc.com<br>rcl@banyspc.com |
| 4 | dms@banyspc.com<br>BANYS, P.C. |
| 5 | 1032 Elwell Court, Suite 100<br>Palo Alto, California 94303 |
| 6 | Telephone:  (650) 308-8505<br>Facsimile:   (650) 353-2202 |
| 7 | |
| 8 | Attorneys for Plaintiff<br>ADAPTIX, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.<br>            Plaintiff,<br>v.<br>MOTOROLA MOBILITY LLC, *et al.*,<br>            Defendants. | Case No. 5:13-CV-01774-PSG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF**<br><br>Judge:  Paul S. Grewal |
| ADAPTIX, INC.<br>            Plaintiff,<br>v.<br>APPLE INC., *et al.*,<br>            Defendants. | Case No. 5:13-CV-1776-PSG |

NOTICE OF WITHDRAWAL OF COUNSEL AND
REQUST FOR REMOVAL OF ECF

| | |
|---|---|
| ADAPTIX, INC.<br>　　　　　Plaintiff,<br>v.<br>APPLE INC., *et al.*,<br>　　　　　Defendants. | Case No. 5:13-CV-1777-PSG |
| ADAPTIX, INC.<br>　　　　　Plaintiff,<br>v.<br>AT&T MOBILITY LLC, *et al*.,<br>　　　　　Defendants. | Case No. 5:13-CV-1778-PSG |
| ADAPTIX, INC.<br>　　　　　Plaintiff,<br>v.<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS, *et al.*,<br>　　　　　Defendants. | Case No. 5:13-CV-1844-PSG |

### **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF**

Plaintiff Adaptix, Inc., hereby informs the Court that one of its former attorney – Paul Cronin – does not represent Adaptix in the above-captioned cases, and wishes to be removed from the list of attorneys receiving ECF notifications in those cases. Mr. Cronin formerly represented Adaptix in these cases in the Eastern District of Texas, before the cases were transferred to the Northern District of California, but he did not file an appearance in N.D. Cal. and he no longer represents Adaptix in these cases. Nevertheless, he is currently on the list of attorneys receiving ECF notices in these cases.

1    Because Mr. Cronin has not appeared and therefore cannot file documents here in N.D.
2    Cal., he has asked Adaptix's current counsel to request, on his behalf, that he be removed from
3    the ECF distribution list for these cases.  After consulting with Court personnel, Adaptix's
4    understanding is that this request should be made in the form of a Notice, rather than a Motion,
5    because an attorney who has not appeared in N.D. Cal. cannot be the subject of a motion to
6    withdraw counsel.  If any additional procedure is required to remove Mr. Cronin, Adaptix will
7    follow any further instructions or guidance from the Court.   Otherwise, Adaptix respectfully
8    requests that Mr. Cronin be removed from the ECF notification list for each of the above-
9    captioned cases.

Dated: July 25, 2013                    Respectfully submitted,

                                        */s/  Daniel M. Shafer*

                                        Paul J. Hayes (*pro hac vice*)
                                        Steven E. Lipman (*pro hac vice*)
                                        HAYES BOSTOCK & CRONIN, LLC
                                        300 Brickstone Square, St. 901
                                        Andover, MA  01810
                                        pjhayes@hayesmessina.com
                                        slipman@hayesmessina.com
                                        Telephone:  (978) 809-3850
                                        Facsimile:  (978) 809-3869

                                        Christopher D. Banys
                                        Richard C. Lin
                                        Daniel M. Shafer
                                        cdb@banyspc.com
                                        rcl@banyspc.com
                                        dms@banyspc.com
                                        BANYS, P.C.
                                        1032 Elwell Court, Suite 100
                                        Palo Alto, California 94303
                                        Telephone:  (650) 308-8505
                                        Facsimile:  (650) 353-2202

                                        **Attorneys for Plaintiff**
                                        **ADAPTIX, INC.**

NOTICE OF WITHDRAWAL OF COUNSEL AND         2
REQUEST FOR REMOVAL FROM ECF