*[Counsel Listed on Signature Block]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01774-PSG<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-02023-PSG |

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                                    1

**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**

Plaintiff Adaptix, Inc. and Defendants Apple Inc., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, HTC Corporation, HTC America, Inc., and Motorola Mobility LLC hereby submit the following Supplemental Joint Case Management Statement to provide the attached proposed orders for the Court's consideration and entry in the above-referenced matters.

Attached hereto as **Exhibit A** is a proposed Supplemental Scheduling Order, the content of which has been agreed to by all parties.

Attached hereto as **Exhibit B** is a proposed Order Regarding E-Discovery, the content of which has been agreed to by all parties.

Attached hereto as **Exhibit C** is a proposed Order Regarding Procedure for Resolution of Disputes Concerning Discovery and Other Non-Dispositive Issues, the content of which has been agreed to by all parties, although Plaintiff believes the Order should apply as well to Dispositive Issues.

Attached hereto as **Exhibit D** is a proposed Protective Order, the content of which has been agreed to by all parties, except for Section 1.E ("Export Control").  Defendants believe this section should be included in the Protective Order; Plaintiff does not agree.

For the convenience of the parties, in the interest of judicial economy, and subject to the Court's resolution of the parties' disagreement concerning Section 1.E of the proposed Protective Order, the parties respectfully request that the Court enter Exhibits A through D as controlling Orders in the above-captioned actions.

Dated:  August 6, 2013            Respectfully submitted:

*/s/  Daniel M. Shafer*
Paul J. Hayes (admitted *pro hac vice*)
phayes@hayesmessina.com
Steven E. Lipman (admitted *pro hac vice*)
slipman@hayesmessina.com
HAYES MESSINA GILMAN & HAYES LLC
300 Brickstone Square, St. 901
Andover, MA  01810

| | |
|---|---|
| 1 | Telephone: (978) 809-3850 |
| 2 | Facsimile: (978) 809-3869 |
| 3 | Christopher D. Banys (SBN 230038) |
| | cdb@banyspc.com |
| 4 | Richard C. Lin (SBN 209233) |
| | rcl@banyspc.com |
| 5 | Daniel M. Shafer (SBN 244839) |
| 6 | dms@banyspc.com |
| | BANYS, P.C. |
| 7 | 1032 Elwell Court, Suite 100 |
| | Palo Alto, CA 94303 |
| 8 | Telephone: (650) 308-8505 |
| | Facsimile: (650) 353-2202 |
| 9 | |
| 10 | **Attorneys for Plaintiff** |
| | **Adaptix, Inc.** |
| 11 | |
| 12 | */s/ Mark D. Selwyn* |
| 13 | Mark D. Selwyn (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| 14 | Craig E. Davis (SBN 221356) |
| | craig.davis@wilmerhale.com |
| 15 | WILMER CUTLER PICKERING HALE |
| | AND DORR LLP |
| 16 | 950 Page Mill Road |
| 17 | Palo Alto, CA 94304 |
| | Telephone: (650) 858-6000 |
| 18 | Facsimile: (650) 858-6100 |
| 19 | Jonathan L. Hardt (admitted *pro hac vice*) |
| | jonathan.hardt@wilmerhale.com |
| 20 | WILMER CUTLER PICKERING HALE |
| 21 | AND DORR LLP |
| | 1875 Pennsylvania Ave. NW |
| 22 | Washington, D.C. 20006 |
| | Telephone: (202) 663-6000 |
| 23 | Facsimile: (202) 663-6363 |
| 24 | **Attorneys for Defendant and Counterclaim-Plaintiff** |
| 25 | **Apple Inc.** |
| 26 | |
| | */s/ Tyler T. VanHoutan* |
| 27 | Jonathan E. Retsky (admitted *pro hac vice*) |
| | jretsky@winston.com |
| 28 | WINSTON & STRAWN LLP |

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                3

| | |
|---|---|
| 1 | 35 West Wacker Drive |
| 2 | Chicago, IL 60601-9703 |
| | Telephone: (312) 558-5600 |
| 3 | Facsimile: (312) 558-5700 |
| 4 | Tyler T. VanHoutan (admitted *pro hac vice*) |
| | tvanhoutan@winston.com |
| 5 | Philip D. Price (admitted *pro hac vice*) |
| 6 | pprice@winston.com |
| | WINSTON & STRAWN LLP |
| 7 | 1111 Louisiana, 25th Floor |
| | Houston, TX 77002-5242 |
| 8 | Telephone: (713) 651-2600 |
| | Facsimile: (713) 651-2700 |
| 9 | |
| 10 | David S. Bloch (SBN 184530) |
| | dbloch@winston.com |
| 11 | WINSTON & STRAWN LLP |
| | 101 California Street |
| 12 | San Francisco, CA 94111-5802 |
| 13 | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |

**Attorneys for Defendant and Counterclaim-Plaintiff Motorola Mobility LLC**

*/s/ Geoffrey M. Godfrey*
Mark D. Flanagan (SBN 130303)
mark.flanagan@wilmerhale.com
Robert M. Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Geoffrey M. Godfrey (SBN 228735)
geoff.godfrey@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94303
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**Attorneys for Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless**

*/s/ Fred I. Williams*
Fred I. Williams (admitted *pro hac vice*)
fwilliams@akingump.com

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AKIN GUMP STRAUSS HAUER & FELD LLP
300 West 6th Street, Suite 1900
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Teresa W. Ghali (SBN 252961)
tghali@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9510

**Attorneys for Defendants**
**AT&T Mobility LLC, HTC Corporation,**
**and HTC America, Inc.**


*/s/ Christopher A. Hughes*
Christopher A. Hughes (admitted *pro hac vice*)
Christopher.Hughes@cwt.com
John T. Moehringer (admitted *pro hac vice*)
John.Moehringer@cwt.com
Regina M. Lutz (admitted *pro hac vice*)
Regina.Lutz@cwt.com
CADWALADER WICKERSHAM & TAFT L.L.P.
1 World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

David Clonts (admitted *pro hac vice*)
dclonts@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th floor
Houston, TX 77002
Telephone: (713) 220-5886
Facsimile: (713) 236-0822

**Attorneys for Defendant**
**AT&T Mobility LLC**

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                5