Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, INC.

Plaintiff(s),

v.

CELLCO PARTNERSHIP, *et al.*

Defendant(s).

Case No: 5:13-cv-01844

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Samiyah Diaz, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Adaptix, Inc. in the above-entitled action. My local co-counsel in this case is Christopher D. Banys, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 300 Brickstone Square, Ste 901<br>Andover, MA 01810 | 1032 Elwell Court, Suite 100<br>Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (978) 809-3850 | (650) 308-8505 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sdiaz@hayesmessina.com | CDB@banyspc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 674279/MA.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/16/13

Samiyah Diaz
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Samiyah Diaz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 08/26/2013

Paul S. Grewal
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE