Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX, Inc.
)
)                    Case No: 5:13-cv-1844
)
                    Plaintiff(s),       )
)                    **APPLICATION FOR**
)                    **ADMISSION OF ATTORNEY**
    v.                                  )                    **PRO HAC VICE**
CELLCO PARTNERSHIP  *et al.*,           )                    (CIVIL LOCAL RULE 11-3)
)
)
                    Defendant(s).       )
_____)

I, Michael James Ercolini _____, an active member in good standing of the bar of
The State of New York _____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: ADAPTIX _____ in the
above-entitled action. My local co-counsel in this case is Daniel M. Shafer _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 195 Bridle Path | 1032 Elwell Court, Suite 100 |
| North Andover, MA 01845 | Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (978) 809-3852 | (650) 308-8505 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mercolini@hayesmessina.com | dms@banyspc.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5029905 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 09/04/13                                    Michael James Ercolini ⊞
                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael James Ercolini _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:   September 10, 2013

                                                   Paul S. Grewal
                                                   UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*