UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adaptix, Inc.             ) <br>                              ) <br>           Plaintiff(s),  ) <br>                              ) <br>   v.                           ) <br> Cellco Partnership, et al.   ) <br>                              ) <br>           Defendant(s).  ) <br>                              ) | Case No: 5:13-cv-01844 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

    I, James L. Duncan, III, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HTC Corporation and HTC America, Inc. in the above-entitled action. My local co-counsel in this case is Danielle C. Crockett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: <br> 1111 Louisiana St., 44th Floor <br> Houston, TX 77002 | Local Co-Counsel's Address of Record: <br> 580 California Street, Suite 1500 <br> San Francisco, CA 94104 |
|---|---|
| My Telephone # of Record: <br> (713) 220-5800 | Local Co-Counsel's Telephone # of Record: <br> (415) 765-9500 |
| My Email Address of Record: <br> jduncan@akingump.com | Local Co-Counsel's Email Address of Record: <br> dcrockett@akingump.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24059700.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/29/14                                         James L. Duncan, III
                                                                       APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of James L. Duncan, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 29, 2014                            Paul S. Grewal
                                               UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE