FRED I.WILLIAMS (Admitted *pro hac vice*)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
600 Congress Avenue, Suite 1350
Austin, TX 78701
Telephone: 512.499.6200
Facsimile:  512.499.6290

MICHAEL F. REEDER, II (Admitted *pro hac vice*)
mreeder@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone: 713.220.5800
Facsimile:  713.236.0822

DANIELLE C. CROCKETT (SBN 261809)
dcrockett@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile:  415.765.9510

Attorneys for Defendants
HTC Corporation and HTC America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No. 5:13-CV-01844-PSG |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, HTC AMERICA, INC. and HTC CORPORATION, | |
| Defendants. | |

1    **TO THE CLERK OF THE COURT AND ALL PARTIES AND ATTORNEYS OF**

2    **RECORD:**

3         PLEASE TAKE NOTICE that Defendants HTC Corporation and HTC America, Inc.

4    (collectively, "Defendants") substitute Danielle Crockett of Akin Gump Strauss Hauer & Feld LLP as

5    attorney of record in this matter in place of Teresa Ghali, who is no longer with Akin Gump Strauss

6    Hauer & Feld LLP.

7         Fred Williams and Michael Reeder remain as counsel of record for Defendants.

8

9    DATED: April 29, 2014                    By:  _/s/ Danielle C. Crockett_

10                                                DANIELLE C. CROCKETT

11                                           Attorneys for Defendants
                                             HTC Corporation and HTC America, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL                    CASE NO. 5:13-cv-01844-PSG