[Counsel Listed In Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA, INC., *et al.*, <br><br> Defendants. | Case No. 5:13-cv-01844-PSG |

[~~PROPOSED~~] FINAL JUDGMENT

  The Court enters final judgment in favor of Defendants Cellco Partnership d/b/a Verizon Wireless, HTC America, Inc., and HTC Corporation and against Plaintiff Adaptix, Inc. ("Adaptix") on all of Adaptix's claims for infringement of U.S. Patent No. 7,454,212 ("'212 patent") and U.S. Patent No. 6,947,748 ("'748 patent"). Plaintiff shall take nothing by way of its complaint.

  In addition, claims 9 and 10 of the '212 patent and claims 8 and 9 of the '748 patent are adjudged invalid. Defendants' counterclaims with respect to all other patent claims of the '212 patent and '748 patent are hereby dismissed without prejudice.

Dated: ___February 2___, 2015

                   */s/ Paul S. Grewal*
                   Hon. Paul S. Grewal
                   United States Magistrate Judge